**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 6 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18-1661 WJ |
| | ) | |
| vs. | ) | 18 U.S.C. § 641: Theft of Government Funds. |
| | ) | |
| D'ANNA R. YEPA, | ) | |
| | ) | (Class A Misdemeanor) |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

From on or about November 29, 2017, and continuing to on or about March 6, 2018, in Sandoval County, in the District of New Mexico, the defendant, **D'ANNA R. YEPA**, unlawfully, knowingly and intentionally stole money from the United States, in an amount less than $1000, by writing herself Postal Service money orders and not paying the Postal Service for them.

In violation of 18 U.S.C. § 641.

Respectfully Submitted,

JOHN C. ANDERSON
United States Attorney

*[signature]*

EVA M. FONTANEZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274